Oscar STILLEY, Appellant,

v.

Betty DICKEY, in her official capacity as Chief Justice of the Arkansas Supreme Court (for the "official" capacity claims against former Chief Justice W.H. "Dub" Arnold); Robert Brown, in his individual capacity and in his official capacity as a Justice of the Arkansas Supreme Court; Tom Glaze, in his individual capacity and in his official capacity as a Justice of the Arkansas Supreme Court; W.H. Arnold, in his individual capacity; originally sued as W.H. "Dub" Arnold; Donald L. Corbin, in his individual capacity and in his official capacity as a Justice of the Arkansas Supreme Court; Annabelle Clinton Imber, in her individual capacity and in her official capacity as a Justice of the Ar-

---

kansas Supreme Court; **Jim Hannah, in his individual capacity and in his official capacity as a Justice of the Arkansas Supreme Court, Appellees.**

No. 04–2172.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 6, 2005.

Decided Jan. 11, 2005.

Oscar Amos Stilley, Fort Smith, AR, pro se.

Patricia VanAusdall Bell, Attorney General's Office, Little Rock, AR, James W. Jeans, Sr., Leawood, KS, for Defendants–Appellees.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Oscar Stilley appeals the district court's[1] dismissal under *Younger v. Harris,* 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971), of his 42 U.S.C. §§ 1983, 1985, and 1988 complaint against defendant justices of the Arkansas Supreme Court. He also appeals the denial of his motion for reconsideration. Having carefully reviewed the record, we conclude that the district court did not abuse its discretion in determining that abstention was appropriate, and in denying the motion for reconsideration. Accordingly, the judgment of

the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.